NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re RAMEY ALAINE CHISUM,**

*Petitioner*

---

2024-144

---

On Petition for Writ of Mandamus to the United States Court of Federal Claims in No. 1:24-cv-00067-EHM, Judge Edward H. Meyers.

---

## ON PETITION AND ON MOTION

---

PER CURIAM.

## O R D E R

Ramey Alaine Chisum petitions for a writ of mandamus directing the United States Court of Federal Claims to enter judgment in her favor and moves for leave to proceed *in forma pauperis.*

In the underlying proceedings before the Court of Federal Claims, the United States moved to dismiss, and Ms. Chisum moved for summary judgment. The Court of Federal Claims stayed briefing on the summary judgment motion pending resolution of the motion to dismiss. Briefing on the motion to dismiss completed in late August 2024, and that motion remains pending.

In order to establish entitlement to the extraordinary remedy of a writ of mandamus, a petitioner must show: (1) "no other adequate means to attain the relief [it] desires," (2) a "clear and indisputable" right to relief, and (3) that the writ is "appropriate under the circumstances." *Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004) (cleaned up). Here, at a minimum, Ms. Chisum has failed to show she is unable to get the relief she is seeking without our immediate intervention on mandamus. And, to the extent Ms. Chisum challenges the trial court's decision to stay consideration of her motion for summary judgment pending consideration of the government's motion to dismiss, she has not shown the sort of unreasonable delay required for the extraordinary remedy of mandamus.

Accordingly,

IT IS ORDERED THAT:

The petition and motion are denied.

FOR THE COURT

September 16, 2024
Date

Jarrett B. Perlow
Clerk of Court